IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00064-PAC-MEH

PAMELA SNOW,

     Plaintiff(s),

v.

K.C. REDI-MIX, LLP,

     Defendant(s).

_____

## ORDER OF DISMISSAL WITH PREJUDICE
_____

**ORDER ENTERED BY MAGISTRATE JUDGE PATRICIA A. COAN**

     THE COURT, having reviewed the Stipulation for Dismissal with Prejudice (doc. 50), and being fully advised, grants the stipulated motion (doc. 50), and further

     DOES HEREBY ORDER that the complaint and this action are dismissed with prejudice, each party to pay her or its own costs and attorney fees.

     THIS ORDER ENTERED this 29th day of March, 2006.

                                      BY THE COURT:

                                      <u>s/ Patricia A. Coan</u>
                                      United States Magistrate Judge
                                      Patricia A. Coan